<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2448**

———————

EDWARD BOWIE,

                    Plaintiff - Appellant,

          v.

HENDERSON POLICE DEPARTMENT; JOHN DOE; JANE DOE,

                    Defendants – Appellees.

———————

**No. 13-1131**

———————

EDWARD BOWIE,

                    Plaintiff - Appellant,

          v.

HENDERSON POLICE DEPARTMENT; JOHN DOE; JANE DOE,

                    Defendants – Appellees.

———————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:12-cv-00514-FL)

———————

Submitted:  May 23, 2013              Decided:  May 28, 2013

———————

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Edward Bowie, Appellant Pro Se. Kari Russwurm Johnson, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Edward Bowie appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bowie v. Henderson Police Dep't, No. 5:12-cv-00514-FL (E.D.N.C. Nov. 5, 2012 & Jan. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED